Alberta P. Stahl, TRUSTEE
221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012
trusteestahl@earthlink.net
Telephone: (213) 580-7977
Facsimile: (213) 482-1647

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MR. POLISH AUTO BODY, INC.<br><br><br><br>Debtor. | Case No. 2:09-14895-ER<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDENDS**<br>**3011** |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No.34015 in the sum of $129.80 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: April 22, 2011

_____
ALBERTA P. STAHL
Chapter 7 Trustee

-1-

| CHECK NO. | NAME & ADDRESS OF CLAIMANTS | DIVIDEND AMOUNT |
|---|---|---|
| 34012 | PACIFIC BEST<br>10725 RUSH STREET<br>S. EL MONTE, CA 91733 | $129.80 |